# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED VAN LINES, LLC,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:08-cv-1369-Orl-19GJK**

**CHARLES R. ENGLISH, III,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION TO TAX COSTS (Doc. No. 14)**
>
> **FILED:**       **December 15, 2008**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On August 11, 2008, Plaintiff initiated this action against Defendant by filing a complaint ("Complaint"). Doc. No. 1. Defendant failed to appear and respond to Plaintiff's Complaint. On December 12, 2008, the Honorable Patricia C. Fawsett entered an order in favor of Plaintiff and against Defendant in the amount of $6,439.41. Plaintiff now moves for the taxation of costs (the "Motion") against the Defendant in the amount of $395.00, which represents the Filing Fee of $350.00 and Service of Process costing $45.00. Doc. No. 14, 14-2.

Pursuant to 28 U.S.C. § 1920(1), a judge or clerk of any court of the United States may tax costs as to fees of the clerk and marshal. 28 U.S.C. § 1920. Also, 28 U.S.C. 1921(a)(1)(A) states that the United States marshals or deputy marshals shall routinely collect, and a court may tax as costs, fees for serving a summons, complaint or process. 28 U.S.C. § 1921(a)(1)(A). Accordingly, the undersigned recommends that Plaintiff's Motion be **GRANTED** and costs totaling $395.00 be taxed against the Defendant.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 30, 2009.

 _____
 GREGORY J. KELLY
 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy