UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED VAN LINES, LLC,

    Plaintiff,

vs.        CASE NO. 6:08-CV-1369-ORL-19GJK

CHARLES R. ENGLISH, III,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed January 30, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** Plaintiff's Motion to Tax Costs (Doc. No. 14, filed December 15, 2008) is **GRANTED.** Costs totaling $395.00, which includes the Filing Fee of $350.00 and Service of Process cost of $45.00, shall be taxed against the Defendant and in favor of Plaintiff.

**DONE AND ORDERED** at Orlando, Florida, this   16th   day of February, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record